In the Matter of the Claim of JANE PLASS, Respondent,
  *v.* THE CENTRAL NEW ENGLAND RAILWAY COMPANY,
  Appellant.

STATE INDUSTRIAL COMMISSION, Respondent.

Plass v. *Central New England Ry. Co.*, 186 App. Div. 918, affirmed.
(Argued February 25, 1919; decided March 11, 1919.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
November 26, 1918, affirming an award of the state
industrial commission made under the Workmen's Com-
pensation Law. Claimant's husband was employed as
a section hand on defendant's railroad. While mowing
grass and weeds along the right of way he came in con-
tact with poison ivy, resulting in blood poisoning and
acute congestion of the lungs from which he died. The
only question was whether he was engaged in interstate
commerce at the time of the accident. The state indus-
trial commission held that he was not. It appeared that
the road in question was a short line, consisting of about
twenty-three miles of single-track road running from
Rhinecliff on the New York Central railroad to Silver-
nails, and from Silvernails to Boston Corners, twelve
miles further, where there is a junction point on the
Central New England. While some freight was shipped
out of the state, the witness could not state of any train
as a whole going out of the state during the six months
prior to the accident.

*Edward R. Brumley* and *John M. Gibbons* for appellant.

*Charles D. Newton*, Attorney-General (*E. C. Aiken* of
counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK,
HOGAN, McLAUGHLIN and CRANE, JJ.